IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, <br><br> v. <br><br> KEVIN GUADALUPE, et al., | No. 19-CR-10459-RWZ |

**SUPPLEMENTAL OPPOSITION TO GOVERNMENT'S REQUEST FOR PROTECTIVE ORDER ON BEHALF OF OUT-OF-CUSTODY DEFENDANTS**

Defendants Kevin Guadalupe, Sophia Velazquez, Taliyah Barboza, Jose Vasquez, Josue Carrasquillo, Robert Avitabile, and Sandra Correa join the chorus of defendants opposing the government's blanket request for a protective order [D.E. 359]. The previously filed oppositions of his co-defendants [D.E. 390, 437, & 438] ably outline the serious concerns raised by the government's overbroad request. The government has made no attempt to show particularity, either with regard to those *documents* it seeks to protect or those *defendants* who pose a danger to witnesses. *See United States v. Williams*, No. 15-cr-10145, D.E. 137 (D. Mass. Oct. 9, 2015) at 11 (government must show not only that defendant has engaged in violent behavior but specifically that s/he is likely to intimidate a prospective witness); *United States v. Bulger*, 283 F.R.D. 46, 56-58 (D. Mass. 2012) (government must identify the sensitive materials by category and Bates number; "simply referring to broad swaths of categories of material is not sufficient"). Moreover, even where the need for

protection is shown, the method must be narrowly tailored. *See Williams*, D.E. 137 at 12 (discussing redaction). The government makes no viable attempt to meet its burden here.

In addition to the legal issues addressed in this Court's prior decisions and the briefing of co-counsel, Mr. Guadalupe notes that defendants who are not in custody face unique challenges in reviewing discovery. These defendants will not have access to materials sent to the jail facilities. These defendants have extremely limited resources, limited means of transportation, and live far from their attorneys' offices. Counsel, in turn, cannot be expected to provide space and supervision to defendants for review of voluminous discovery in counsel's offices. These logistical challenges make it imperative that they receive as much of the discovery as possible for review at their residences.

In sum, the government should be directed to drastically narrow its request, consistent with the guideposts established in *Bulger* and *Williams*, and offer a reasonable starting point on this issue. After it makes narrower designations, Defendants should then have the opportunity to respond to those specific designations. *See Bulger*, 283 F.R.D. at 57.

Respectfully submitted,

KEVIN GUADALUPE
By his attorney,
 /s/ *William W. Fick*
William W. Fick (BBO# 650562)
FICK & MARX LLP
24 Federal St. 4th Fl.
Boston, MA 02110
(857) 321-8360

SOPHIA VELAZQUEZ
By her attorney,

*/s/ Keith Halpern*
Keith Halpern
BBO #545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952
ksh@keithhalpern.com

TALIYAH BARBOZA
By her attorneys,
*/s/Christian Urbano*
Christian J. Urbano
Inga Parsons
Law Offices of Inga Parsons
3 Bessom Street, No. 234
Marblehead, MA 01945
Tel: 781-581-2262
Mobile: 617-872-7152
Fax: 888-406-9538


JOSE VASQUEZ
By his attorney,
*/s/Ian Gold*
Ian Gold
Law Office of Ian Gold
185 Devonshire Street, Suite 302
Boston, MA 02110
(617) 297-7686 (office & mobile)
(617) 307-4768 (fax)
ian.gold@iangoldlaw.com


JOSUE CARRASQUILLO
By his attorney,
*/s/ Aviva E. Jeruchim*
Aviva E. Jeruchim
Jeruchim & Davenport, LLP
50 Congress Street, Suite 615
Boston, MA  02109
T: 617.720.6047
F: 617.720.3001

ROBERT AVITABILE
By his attorney,
*/s/ Victoria Kelleher*
Victoria Kelleher
One Marina Park Drive
Suite 1410
Boston, MA 02109
978-744-4126
Fax: 978-744-4127
victoriouscause@gmail.com


SANDRA CORREA
By her attorney,
*/s/ Jessica Hedges*
Jessica Hedges
Hedges & Tumposky, LLP
Suite 600
50 Congress Street
Boston, MA 02109
617-722-8220
hedges@htlawyers.com


## Certificate of Service

I hereby certify that on February 7, 2020 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

.                                          */s/ William Fick*